**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00034-CR
No. 05-15-00035-CR
No. 05-15-00107-CR

**SUMMER RAE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60100-M, F13-25326-M, F13-25357-M**

## ORDER

The Court **GRANTS** court reporter Belinda Baraka's March 2, 2015 request for an extension of time to file the reporter's record. We **ORDER** Ms. Baraka to file the complete reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE